# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RODMAN K. WASHINGTON,

    Plaintiff,

v.                                                    Case No. 3:24cv539-MCR-HTC

OFFICER HARRIS,

    Defendant.
_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated December 23, 2024 (ECF No. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Washington's failure to comply with Court orders.

3. The Clerk is instructed to close the file.

**DONE AND ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**